Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Joshua James DAVIS |
| **Docket Number:** | 1:05CR00088-01 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/21/2005 |
| **Original Offense:** | 18 USC 1708 & 2 - Possession of Stolen Mail and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 30 months Bureau of Prisons, 36 months supervised release, $100 special assessment, mandatory urinalysis testing |
| **Special Conditions:** | Warrantless search; Financial disclosure; Substance abuse counseling/testing; Co-payment for treatment; DNA testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/22/2007 |
| **Assistant U.S. Attorney:** | Marlon Cobar     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann H. Voris     **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>**07/10/2008**</u>:     Probation Form 12A1 - Report of Offender Non-compliance was filed to advise the Court the releasee was arrested for a new violation and is pending a Readiness hearing. Recommendation was submitted to the Court for no action to be taken until disposition from Kern County Superior Court.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:** On June 30, 2008, the releasee reported to the U. S. Probation Office for a scheduled appointment. The undersigned probation officer interviewed the releasee regarding his current address and employment status. The releasee stated he is residing with his parents, Mr. and Mrs. Davis. Additionally, the releasee stated he was employed full time as a welder at Perfection Iron a business owned by his father.

Further investigation by the undersigned probation officer revealed the releasee was not residing with his parents. Additionally, information obtained from his employer indicated he was not reliable for reporting for work shifts.

On July 10, 2008, the releasee reported to the U. S. Probation Office for a follow-up conference regarding the false information reported regarding his residence. The undersigned probation officer admonished the releasee for failing to submit his correct address to the U. S. Probation Office. The undersigned probation officer reviewed the Waiver of Hearing to Modify Conditions of Supervised Release that would include the releasee participating in a residential re-entry center for a period of up to 120 days. The releasee agreed to the proposed modification and signed the Waiver of Hearing form.

It is respectfully recommended the Court modify the conditions of supervised release to allow the releasee to participate in the Turning Point, Residential Re-Entry Center, for a period of up to 120 days. The undersigned probation officer will monitor the releasee's progress while in the residential re-entry center and he will be able to maintain full time employment while participating in substance abuse counseling.

Respectfully submitted,

/s/ Thomas A. Burgess for Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**
Telephone:  (661) 861-4203

**DATED:**   July 11, 2008
Bakersfield, California
LES:dk

**REVIEWED BY:**   /s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   July 15, 2008**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE